```
                    UNITED STATES DISTRICT COURT
                              FOR  THE
                         DISTRICT OF VERMONT
```

Susie McCoy Hall, Administrator of   :
The Estate of Barry D. Facto,        :
     Plaintiff,                      :
                                     :
          v.                         : Docket No. 2:11 CV 37
                                     :
Michael J. Astrue,                   :
Commissioner of Social Security,     :
     Defendant.                      :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed April 9, 2012. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion to Reverse Decision of Commissioner (Doc. 14) is **GRANTED**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 19) is **DENIED,** and the matter is **REMANDED** for further proceedings and a new decision.

Dated at Burlington, in the District of Vermont, this 2nd day of May, 2012.

                              /s/ William K. Sessions III
                              William K. Sessions III
                              U.S. District Court Judge